IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CARLA WAITS**                                                                                      **PLAINTIFF**

**V.**                                        **NO. 3:03CV287-JFF**

**JO ANNE B. BARNHART,**
**Commissioner, Social**
**Security Administration**                                                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan,* 501 U.S. 89 (1991).

IT IS SO ORDERED.

DATED this 30th day of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE